■ ERIC SIMANDLE, Plaintiff, v MILLER EQUIPMENT CORP., Defendant and Third-Party Plaintiff-Appellant. JAY-K LUMBER CORP., Third-Party Defendant-Respondent. (Appeal No. 1.) [600 NYS2d 649] —Order unanimously affirmed with costs. Memorandum: We affirm for the reasons stated at Supreme Court (Grow, J.). We add only that the contention of third-party plaintiff that it was prejudiced by the loss or destruction of the evidence was based upon speculation. (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Strike Answer.) Present—Green, J. P., Pine, Boomer, Davis and Boehm, JJ.

■ ERIC SIMANDLE, Plaintiff, v MILLER EQUIPMENT CORP., Defendant and Third-Party Plaintiff-Appellant. JAY-K LUMBER CORP., Third-Party Defendant-Respondent. (Appeal No. 2.) [600 NYS2d 650] —Order insofar as appealed from unanimously reversed on the law with costs and cross motion denied. Memorandum: Supreme Court erred in granting third-party defendant's cross motion to include in the record on appeal certain portions of the trial testimony. The record on appeal from any order is limited to those matters upon which the order was founded (CPLR 5526). The order appealed from was not founded upon matters occurring at the trial, which was held after the order was granted. (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Settle Record on

Appeal.) Present—Green, J. P., Pine, Boomer, Davis and Boehm, JJ.